UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| JOHNNY MARTINEZ, | : | 99-CR-1048-4 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

        On November 4, 2020, defendant Johnny Martinez, proceeding *pro se*, moved for compassionate release. Dkt. No. 223. It is hereby ORDERED as follows:

        (1)  The Government shall respond to the motion by Monday, November 23, 2020; and

        (2)  If Mr. Martinez wishes to submit reply papers, he shall do so by Friday, December 4, 2020.

        The Clerk of Court is directed to mail a copy of this Order to Mr. Martinez and to the Government at the addresses listed below.

        SO ORDERED.

Dated:    New York, New York
              November 10, 2020

                                                                                     /s/ Denny Chin
                                                             DENNY CHIN
                                                             United States Circuit Judge
                                                             Sitting by Designation

To:  Julio Cesar Lopez Pena
     52655-054
     FCI Coleman-MED
     PO Box 1032
     Coleman, Florida 33521-1032

     Kiersten Ann Fletcher, Esq.
     United States Attorney's Office, SDNY
     One Saint Andrew's Plaza
     New York, NY 10007