UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| JOHNNY MARTINEZ, | : | 99-CR-1048-4 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On November 4, 2020, defendant Johnny Martinez, proceeding *pro se*, moved for compassionate release. Dkt. No. 223 . The motion references Exhibits A through I, including Mr. Martinez's health records, but no exibits are attached. The Government has requested an extension of the deadline for its opposition to the motion pending receipt of the exhibits. Dkt. No. 229. It is hereby ORDERED:

(1)   Mr. Martinez is directed to submit the exhibits that are referenced in his motion by December 14, 2020.

(2)   The Government's request for an extension is granted and its deadline to file opposition to Mr. Martinez's motion is extended to two weeks following receipt of Mr. Martinez's exhibits.

The Clerk of Court is directed to mail a copy of this Order to Mr. Martinez and to the Government at the addresses listed below.

SO ORDERED.

Dated:   New York, New York
         November 24, 2020

                                            /s/ Denny Chin
                                            DENNY CHIN
                                            United States Circuit Judge
                                            Sitting by Designation

2

To:   Johnny Martinez
      52655-054
      FCI Coleman-MED
      PO Box 1032
      Coleman, Florida 33521-1032

      Kiersten Ann Fletcher, Esq.
      United States Attorney's Office, SDNY
      One Saint Andrew's Plaza
      New York, NY 10007

2